

# COURT OF APPEALS

CATHERINE STONE
CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

August 6, 2014

Harriett Wells
P.O. Box 6163
San Antonio, TX 78209
* DELIVERED VIA E-MAIL *

Joseph Kraemer Bohac
111 Soledad; Ste. 300
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Susan D. Reed
District Attorney, Bexar County
Paul Elizondo Tower 1
101 W. Nueva suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-14-00457-CV
        Trial Court Case Number:    2012-PA-02347
        Style:  In the Interest of L.R.R., et al., Children

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 3219

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)
Stacy Michele January (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2014

No. 04-14-00457-CV

**IN THE INTEREST OF L.R.R.,** et al., Children,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02347
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

     This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The appellant's brief was originally due to be filed on July 29, 2014. On July 23, 2014, appellant filed a motion requesting an extension of time to file the brief.

     The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

     The motion is GRANTED, and appellant's brief must be filed no later than August 13, 2014. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Catherine Stone, Chief Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court

*MINUTES*

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

August 6, 2014

No. 04-14-00457-CV

**IN THE INTEREST OF L.R.R.,** et al., Children,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02347
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

      This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The appellant's brief was originally due to be filed on July 29, 2014. On July 23, 2014, appellant filed a motion requesting an extension of time to file the brief.

      The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

      The motion is GRANTED, and appellant's brief must be filed no later than August 13, 2014. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

/s/ Catherine Stone
Catherine Stone, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2014.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 6TH DAY OF AUGUST, 2014.

VOL.___PAGE____